# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ELIZABETH ROHDE, individually and on behalf of a class of similarly situated individuals, </br></br> Plaintiff, </br></br> v. </br></br> ADP, LLC, a Delaware limited liability company, </br></br> Defendant. | Case No. 1:19-cv-03347 </br></br> Hon. Sara L. Ellis |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, February 27, 2020 at 1:45 p.m., or as soon thereafter as counsel may be heard, Defendant ADP, LLC shall appear before the Honorable Sara L. Ellis, or any judge sitting in her stead, in the courtroom usually occupied by her in the United States District Court for the Northern District of Illinois, Eastern Division, Courtroom 1403, at 219 South Dearborn Street, Chicago, Illinois, and present **Defendant ADP, LLC's Motion for Leave to File Notice of Supplemental Authority**, a copy of which is served upon you herewith.

Dated: February 21, 2020                ADP, LLC

                                        By: */s/ David C. Layden*
                                            One of its attorneys

David C. Layden
Emma J. O'Connor
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350
DLayden@jenner.com
EOconnor@jenner.com

## **CERTIFICATE OF SERVICE**

I certify that on February 21, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

*/s/ David C. Layden*