**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ELIZABETH ROHDE, individually and on behalf of a class of similarly situated individuals, | ) ) ) ) | |
| *Plaintiff*, | ) ) | Case No. 1:19-cv-03347 |
| vs. | ) ) | Hon. Sara L. Ellis |
| ADP, LLC, a Delaware limited liability company, | ) ) ) | |
| *Defendant*. | ) ) | |

**JOINT MOTION FOR EXTENSION**
**OF TIME TO FILE STATUS REPORT**

Plaintiff Elizabeth Rohde and Defendant ADP, Inc., formerly known as ADP, LLC (collectively, "the Parties"), hereby move the Court for the entry of an Order extending the time for the Parties to file a status report from today to Tuesday, November 24, 2020. In support of this motion, the Parties respectfully state as follows:

1.     By Order dated July 21, 2020, the Court, among other things, set a status hearing for December 2, 2020, and directed the Parties to file a status report by November 20, 2020. (Dkt. 38.)

2.     The Parties have been working cooperatively to conduct discovery with respect to Plaintiff's individual claims and ADP's defenses to those claims. The Parties also have been cooperatively discussing the status report that currently is due today. The Parties respectfully request a short extension of time to file that status report – to next Tuesday, November 24 – in order to complete their discussion of certain scheduling questions, and to finalize and file the status report.

WHEREFORE, for the reasons set forth above, the Parties respectfully request that the Court grant this motion and enter an Order extending the time for the Parties to file a status report to November 24, 2020.

Dated:  November 20, 2020

ELIZABETH ROHDE,

By: /s/ *Eugene Y. Turin*
        One of her attorneys


Eugene Y. Turin
MCGUIRE LAW, P.C.
55 W. Wacker Dr., 9th Fl.
Chicago, IL 60601
(312) 893-7002
eturin@mcgpc.com

Respectfully submitted,

ADP, INC., f/k/a ADP, LLC


By: */s/ David C. Layden*
        One of its attorneys


David C. Layden
Emma J. O'Connor
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654
(312) 222-9350
DLayden@jenner.com
EOConnor@jenner.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on November 20, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

*/s/ David C. Layden*