IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH ROHDE, individually and on behalf of a class of similarly situated individuals, | )<br>)<br>)<br>) |
| *Plaintiff*, | ) Case No. 1:19-cv-03347 |
| vs. | )<br>) Hon. Sara L. Ellis<br>) |
| ADP, LLC, a Delaware limited liability company, | )<br>)<br>) |
| *Defendant*. | )<br>)<br>) |

**JOINT STATUS REPORT**

Plaintiff Elizabeth Rohde and Defendant ADP, Inc., formerly known as ADP, LLC (collectively, "the Parties"), pursuant to the Court's Order dated December 1, 2020 (Dkt. 43), hereby respectfully submit the following status report.

1. In its December 1, 2020 Order, the Court stayed discovery in this matter pending the United States Supreme Court's decision in *Facebook Inc. v. Duguid*, No. 19-511. (Dkt. 43.)[1]

2. On December 8, 2020, the Supreme Court heard oral argument in *Duguid*. The Court has not yet issued a ruling in that appeal.

---

[1] In its Order, the Court ordered the parties to file a status report with the Court within 10 days of the Supreme Court's ruling or one week prior to the next status date, whichever comes first. (Dkt. 43.) Counsel for the Parties respectfully apologize to the Court for their inadvertent failure to file this status report within the time directed by the Court.

| | |
|---|---|
| Dated: March 8, 2021 | Respectfully submitted, |
| ELIZABETH ROHDE, | ADP, INC., f/k/a ADP, LLC |
| By: /s/ *Eugene Y. Turin*<br>         One of her attorneys | By: */s/ David C. Layden*<br>         One of its attorneys |
| Eugene Y. Turin<br>MCGUIRE LAW, P.C.<br>55 W. Wacker Dr., 9th Fl.<br>Chicago, IL 60601<br>(312) 893-7002<br>eturin@mcgpc.com | David C. Layden<br>Emma J. O'Connor<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, Illinois 60654<br>(312) 222-9350<br>DLayden@jenner.com<br>EOConnor@jenner.com |

## **CERTIFICATE OF SERVICE**

I certify that on March 8, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

*/s/ David C. Layden*