UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Elizabeth Rohde
                    Plaintiff,

v.                                                 Case No.: 1:19–cv–03347
                                                 Honorable Sara L. Ellis

ADP, LLC
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 13, 2021:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to stipulation to dismiss [51] the Plaintiff's individual claims are dismissed with prejudice and without costs. Plaintiff's putative claims are dismissed without prejudice and without costs. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.